UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-21361-UU

MATTHEW KOHEN,

    Plaintiff,

v.

ULTIMATE SPORTS CAMP, LLC, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice"). D.E. 10.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 11, 2018, Plaintiff filed the Notice, dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41. D.E. 10. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th__ day of May, 2018.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf